IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DORTHY W., | ) |
| | ) |
| Plaintiff | ) Case No. 7:20-cv-407 |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) By: Michael F. Urbanski |
| Acting Comm'r of Social Security, | ) Chief United States District Judge |
| | ) |
| Defendant | ) |

## ORDER

This matter was referred to the Hon. Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on March 2, 2022, recommending that plaintiff's motion for summary judgment be granted in part, the Commissioner's motion for summary judgment be denied, and the case be remanded for further consideration by the Administrative Law Judge. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 20) is **ADOPTED in its entirety**;

2. Plaintiff's motion for summary judgment (ECF No. 16) is **GRANTED in part**;

3. Defendant's motion for summary judgment (ECF No. 18) is **DENIED**;

4. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the report and recommendation; and

5. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: March 24, 2022

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge